UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUSSELL KEITH HOWARD, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF ARIZONA and SUNSTATE EQUIPMENT CO. LLC EMPLOYEE BENEFIT PLAN, <br><br> Defendants - Appellees. | No. 19-16554 <br><br> D.C. No. 2:16-cv-03769-JJT <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |

The judgment of this Court, entered September 21, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7